IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  May 24, 2012                               Courtroom Deputy: Bernique Abiakam
Civil Case No.: 11-cv-03170-JLK                   Court Reporter: Tamara Hoffschildt

BILL S. WOLFKIEL,                                 Jordan B. Dorrestein
                                                  Donald T. Goulart
         Plaintiff,

v.

ADRIENNE DRUG,                                    David A. Zisser
NORMAN I. KRUG, and                               Michelle M. Meyer
HILDA SUGARMAN,

         Defendants.

## COURTROOM MINUTES

**Scheduling Conference**

**2:04 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

**ORDERED:   A Motion To Transfer shall be filed so it can be fully briefed.**

Discussion regarding Stipulated Scheduling and Discovery Order.

The Court advises counsel regarding, trial setting, trial procedures, discovery, depositions, and expert witnesses.

**ORDERED:   Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction And Failure To State A Claim (Filed 1/24/12; Doc. No. 6) is DENIED, as specified.**

**ORDERED:   Scheduling Order APPROVED.**

**2:23 p.m.      Court in recess.**
Hearing concluded.
Total in-court time: 00:19