JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bill S. Wolfkiel,<br><br>    Plaintiff,<br>v.<br><br>Adrienne Krug, et al.,<br><br>    Defendants. | Case No. **CV 12-7726-JFW (CWx)**<br><br>PROPOSED ORDER |

This matter coming before the Court on the parties' Stipulation of Dismissal With Prejudice Pursuant to F.R.C.P. 41 (a)(1)(a)(ii), and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that this matter be and is hereby DISMISSED WITH PREJUDICE, with each party to pay its own costs and attorneys' fees.

Date:  September 20, 2012

_____
John F. Walter
United States District Judge