JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bill S. Wolfkiel, | ) Case No. **CV 12-7726-JFW (CWx)** |
| | ) |
| Plaintiff, | ) PROPOSED ORDER |
| v. | ) |
| | ) |
| Adrienne Krug, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter coming before the Court on the parties' Stipulation of Dismissal

With Prejudice Pursuant to F.R.C.P. 41 (a)(1)(a)(ii), and the Court being fully

advised in the premises:

IT IS HEREBY ORDERED that this matter be and is hereby DISMISSED

WITH PREJUDICE, with each party to pay its own costs and attorneys' fees.

Date:  September 20, 2012

_____

John F. Walter

United States District Judge